UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

_PANAMA City_ DIVISION

_THIRD AMENDED_

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_Dwight J. Porter_

Inmate # _B-746366_

(Enter full name of Plaintiff)

vs.

CASE NO: _5:10-CV-206-RS-GRJ_

(To be assigned by Clerk)

_Defendant - Douglas_

_Defendant - Baxter_

_Defendant - Lee_

_Defendant - Simmons_

_Defendant - Durance_

_Defendant - Tyson_

(Enter name and title of each Defendant.

if additional space is required, use the

blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

RECEIVED
1-6-11

1

Filed 0110'11 UsDcFln1AM1150

KM

I.      **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:      DWIGHT J. PORTER

Inmate Number          B 746366

Prison or Jail:         POLK C.I

Mailing address:        10800 EVANS Rd
                        POLK CITY, FL
                        33868

II.     **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name:   MR. DOUGLAS          MR. SIMMONS
      Official position:   ASST. WARDEN         OFFICER
      Employed at:         GRACEVILLE C.I.      GRACEVILLE C.I.
      Mailing address:     5168 EZELL Rd        5168 EZELL Rd
                           GRACEVILLE, FL 32440  GRACEVILLE, FL 32440

(2)   Defendant's name:   MR. BAXTER           PAMELA DURANCE
      Official position:   COLONEL              FOOD SERVICE DIRECTOR
      Employed at:         GRACEVILLE C.I       GRACEVILLE, E.I.
      Mailing address:     5168 EZELL Rd        5168 EZELL Rd
                           GRACEVILLE, FL 32440  GRACEVILLE, FL 32440

(3)   Defendant's name:   MR. LEE              MR. TYSON
      Official position:   CAPTAIN              CAPTAIN
      Employed at:         GRACEVILLE C.I       GRACEVILLE C.I.
      Mailing address:     5168 EZELL Rd        5168 EZELL Rd.
                           GRACEVILLE, FL 32440  GRACEVILLE, FL 32440

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## Response To Court's Order

This is petitioner's Response to the United States District Court for the Northern District of Florida Panama City Division's order dated December 23, 2010. This order states the Second Amended Complaint is sufficient to Alert the defendants — with the exception of the GEO Group.

The petitioner now gives notice to withdraw and relinquish said claims Against the GEO Group. But petitioner asserts that he holds firm to all claims against defendants in individual capacities as employees of Florida Department of Corrections and furthermore holds the Florida Department of Corrections responsible of all said claims and violations of Petitioner's Eighth Amendment Rights of the United States Constitution under cruel and unusual punishment for defendants use of excessive force, Retaliating against plaintiff, and for being indifferent to Plaintiff's medical needs.

Since the court has found plaintiffs' Second Amended Complaint sufficient to Alert the Defendant's, petitioner's withdrawal of claims Against GEO Group will be the only amendment of the Second Amended Complaint and petitioner wishes the court to proceed with all claims against Florida Dept. of Corrections and named employees/defendants.

(3)

III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center.  42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.    PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                    No( ✓ )

1.    Parties to previous action:
(a)    Plaintiff(s): _____

(b)    Defendant(s): _____

2.    Name of judge: _____    Case #: _____

3.    County and judicial circuit: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )                    No( ✓ )

1.    Parties to previous action:
a.    Plaintiff(s): _____

b.    Defendant(s): _____

2.    District and judicial division: _____

3.    Name of judge: _____    Case #: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

4

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(  )                          No( ✓ )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(  )                          No( ✓ )

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____ Case Docket # _____

4.   Approximate filing date: _____ Dismissal date: _____

5.   Reason for dismissal: _____

6.     Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.     STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

JURISDICTION AND VENUE

1.) THIS IS A CIVIL ACTION FOR DAMAGES BROUGHT UNDER THE PROVISIONS OF SECTIONS 1331, 1332, 1343 (a)(1)(3)(4), OF TITLE 28 AND §§ 1983 OF TITLE 42 OF UNITED STATES CONSTITUTION, AND THE FIRST (1ST) AMENDMENT TO THE UNITED STATES CONSTITUTION, AND THE COMMON LAW OF THE STATE OF FLORIDA. THE AMOUNT IN CONTROVERSY EXCEEDS THE SUM OF $75,000, EXCLUSIVE OF INTEREST AND COST. _____

2) JURISDICTION IS BASED UPON 28 U.S.C. §§ 1331, AND 1343 (3), FOR THIS COURT TO ENTERTAIN THE INSERTED CONSTITUTIONAL CLAIMS, TO THE (1ST) AND EIGHTH (8TH) AMENDMENT OF THE UNITED STATES CONSTITUTION OF AMERICA. _____

3) VENUE IS PROPER IN THIS COURT BECAUSE ALL OF THE WRONGFUL ACTS COMPLAINED OF, OCCURED WITHIN JACKSON COUNTY, FLORIDA.

4) DURING ALL TIMES MENTIONED IN THIS COMPLAINT, THIS PLAIN-TIFF WAS AND STILL IS, AN ADULT CITIZEN, RESIDING IN THE STATE OF FLORIDA, OF THE UNITED STATES. _____

5) DURING ALL TIMES MENTIONED IN THIS COMPLAINT, DEFENDANT DOUGLAS WAS/IS ASSISTANT WARDEN FOR THE FLORIDA DEPART-MENT OF CORRECTIONS, AND HE WAS ACTING IN HIS OFFICIAL CAPA-CITY; HOWEVER, HE IS BEING SUED IN HIS "INDIVIDUAL CAPACITY."

6) DURING ALL TIMES MENTIONED IN THIS COMPLAINT, DEFENDANT COLONEL BAXTER WAS/IS A COLONEL FOR THE FLORIDA DEPARTMENT OF CORRECTIONS, AND HE WAS ACTING IN HIS OFFICIAL CAPACITY; HOWEVER

HE IS BEING SUED IN HIS "INDIVIDUAL CAPACITY."

7) DURING ALL MENTIONED IN THIS COMPLAINT, DEFENDANT LEE WAS/IS A CAPTAIN FOR THE FLORIDA DEPARTMENT OF CORRECTIONS AND HE WAS ACTING IN HIS OFFICIAL CAPACITY, HOWEVER HE IS BEING SUED IN HIS "INDIVIDUAL CAPACITY."

8) DURING ALL MENTIONED IN THIS COMPLAINT, DEFENDANT OFFICER SIMMONS WAS/IS AN OFFICER FOR THE FLORIDA DEPARTMENT OF CORRECTIONS AND HE WAS ACTING IN HIS OFFICIAL CAPACITY, HOWEVER, HE IS BEING SUED IN HIS "INDIVIDUAL CAPACITY."

9) DURING ALL MENTIONED IN THIS COMPLAINT, DEFENDANT PAMELA DURANCE WAS/IS FOOD SERVICE DIRECTIOR FOR THE FLURIDA DEPARTMENT OF CORRECTIONS AND SHE WAS ACTING IN HER OFFICIAL CAPACITY; HOWEVER, SHE IS BEING SUED IN HER "INDIVIDUAL CAPACITY."

10) DURING ALL MENTIONED IN THIS COMPLAINT, EACH DEFENDANT WAS ACTING "UNDER COLOR OF STATE LAW," THAT IS UNDER COLOR OF THE CONSTITUTION, STATUES, ADMINISTRATIVE CODES, LAWS, CHARTERS, ORDINANCES, RULES, POLICIES, PROCEDURES, AND USUAGES OF THE STATE OF FLORIDA.

11) JURISDICTION IS BASED UPON 28 U.S.C. §§ 1331, AND 1343 (3) AND THE PENDENT JURISDICTIONS OF THIS COURT TO ENTERTAIN UNDER STATE LAW PURSUANT TO 28 U.S.C. § 1367(a).

12) DURING ALL TIMES MENTIONED IN THIS COMPLAINT UNDER STATE LAW EACH DEFENDANT ACTED WITH A RECKLESS DIS- REGARD TO THE HEALTH AND SAFETY OF THE PLAINTIFF, AND ALSO, CONTRARY TO THE CUSTODY, CONTROL, CARE AND TREATMENT OF THE PLAINTIFF, TO PROTECT HIM FROM INHUMANE CONDITIONS AND CRUEL AND UNUSUAL PUNISHMENT WITHIN THE PERIMETER OF CONTEMPORARY STANDARDS OF DECENCY.

13) DURING ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED JOINTLY AND IN CONCERT WITH EACH OTHER, AND WAS "AWARE AND KNEW" OF THE SUBSTANTIAL THREAT OF

INHUMANE TREATMENT AND DE INDECENCY, LIFE AND HEALTH.

14) DURING ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT WAS BOUND BY FEDERAL AND STATE LAW TO COMPORT THEMSELVES WITHIN THE SCOPE OF THE CONSTITUTION AND LAWS OF THE STATE OF FLORIDA.

15) DURING ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT RECKLESSLY AND WILLFULLY DISREGARDED THE IMPENDING THREAT OF HARM AND DANGER, WHICH RESULTED IN DAMAGES TO SAID PETITIONER AND PETITIONER ASSERTS CRUEL AND UNUSUAL PUNISHMENT BY DEFENDANTS WHICH VIOLATED HIS FIFTH (5th), EIGHTH (8th), AND FOURTEENTH (14th) AMENDMENTS RIGHTS TO THE UNITED STATES CONSTI-TUTION.

16) IN THE YEAR 2005, THE PLAINTIFF WAS IN A CAR ACCIDENT WHICH A SUV ROLLED OVER AND HE SUFFERED A DISLOCATED LEFT SHOULDER INJURY, WHICH IS INJURED TO THIS PRESENT DAY.

17) OCTOBER 29, 2007, THE PLAINTIFF ARRIVED AT GRACEVILLE C.I., PLAINTIFF WAS ASSIGNED TO WORK A JOB IN FOOD SERVICE.

18) PLAINTIFF EXPLAINED TO THE STAFF OF HIS INJURIES AND DEFENDANT BAXTER SAID HE DOESN'T CARE ABOUT THE PLAINTIFF'S INJURIES, IN THAT THE PLAINTIFF WILL WORK WHERE EVER HE IS ASSIGNED OR HE WILL GO TO JAIL.

19) PLAINTIFF THEN TRIED TO EXPLAIN TO THE ASST. WARDEN THAT HIS SHOULDER WAS IN SEVERE PAIN, AND DEFENDANT DOUGLAS ORDERED THE PLAINTIFF TO GET OUT.

20) PLAINTIFF OBEYED

21) PLAINTIFF WAS ASSIGNED A JOB BY DEFENDANT DURANCE IN THE DISH ROOM BANGING THE FOOD OFF THE TRAYS INTO THE MACHINE WHICH REQUIRED THE PLAINTIFF TO USE HIS DISLOCATED LEFT SHOULDER EXCESSIVELY.

22) PLAINTIFF REPEATLY EXPLAINED TO DEFENDANT DURANCE THAT THIS WAS CAUSING INTENSE PAIN. DEFENDANT DURANCE TOLD THE PLAINTIFF TO STOP CRYING "LIKE A BABY TAKE IT LIKE A MAN".

23) ON APPROXIMATELY MAY 2008 THE PLAINTIFF THEN DECLARED A MEDICAL EMERGENCY WHILE WORKING IN FOOD SERVICE, CAPTAIN SANDERS ESCORTED THE PLAIN- TIFF TO MEDICAL AFTER HE SAW THE PLAINTIFFS LEFT SHOULDER HAD SWOLLEN BADLY.

24) ON APPROXIMATELY MAY 2008, PLAINTIFF WAS HOUSED IN THE INFIRMARY FOR TWO DAYS AS A RESULT OF BANGING TRAYS AND THE MEDICAL DOCTOR ORDERED THE PLAINTIFF PAIN MEDICATION, WROTE HIM A MEDICAL PASS FOR THIRTY DAYS, AND TOLD THE PLAINTIFF THAT HE WAS SCHEDULING HIM TO GO TO AN OUTSIDE DOCTOR AND FOR PLAINTIFF NOT TO WORK.

25) ON APPROXIMATELY JULY 2008, DEFENDANT DURANCE AND C/O SHIELDS ORDERED THE PLAINTIFF TO WORK WITH THE SLING ON HIS LEFT SHOULDER, OR EITHER HE IS GOING TO JAIL, AND PLAINTIFF SHOWED HIS SLING PASS TO DURANCE, AND TOLD HER WHAT THE DOCTOR ORDERED, PLAINTIFF DID NOT REFUSE TO WORK BUT VERBALLY TOLD DEFENDANT DURANCE THAT HE WAS GOING TO WRITE AN INFORMAL GRIEVANCE.

26) ON APPROXIMATELY JULY 2008 DEFENDANT DURANCE THEN CALLED DEFENDANT BAXTER, DOUGLAS, AND LEE TO THE KITCHEN AND THEY ALL GOT INTO THE PLAINTIFFS FACE AND THREATEN TO "BUST HIS HEAD TO THE WHITE MEAT AND KICK HIM ASLEEP IF HE REFUSED TO WORK, COMPLAIN TO MEDICAL, OR GIVE DEFENDANTS ANY MORE PROBLEMS."

27) PLAINTIFF WAS PUT IN DIRE FEAR, DUE TO THE CONDUCT OF PREVIOUS INMATES BEING ABUSED AT GRACEVILLE C.I., BY THE GOOD OLE BOY GANG WHICH IS THE NAME THAT THESE DEFENDANTS ARE KNOWN, AS WHICH THEY HAVE A REPUTATION FOR BEATING INMATES WHICH, I HAVE PERSONALLY WITNESSED MYSELF.

28) ON APPROXIMATELY THE BEGINNING OF AUGUST 2008, THE PLAINTIFF WAS FORCED TO SERVE TRAYS ON THE LINE AND WORK IN THE DISH ROOM IN EXCRUCIATING PAIN.

29) BEFORE THE ABOVE, APPROXIMATELY MAY OF 2008, THERE WAS GREASE AND SHEET PANS SPREAD ALL OVER THE FLOOR OF THE KITCHEN AND THE PLAINTIFF WAS SITTING DOWN BECAUSE OF THE PAIN IN THE LEFT SHOULDER AND HE TOLD DEFENDANT SIMONS THAT HE WAS HURTING AND DECLARED A MEDICAL EMERGENCY AND SHOWED HIS PASS. DEFENDANT SIMMONS TOLD THE PLAINTIFF TO "STOP ACTING LIKE A BITCH" AND ORDERED THE PLAINTIFF TO SWEEP THE FLOOR AND WHILE THE PLAINTIFF WAS SWEEPING THE FLOOR, HE SLIPPED ON THE GREASE AND BUSTED HIS HEAD ON THE FLOOR WHICH WAS BLEEDING BADLY, HURTING HIS HIP AND BACK, FURTHUR INJURING HIS LEFT SHOULDER AND WAS KNOCKED UNCONSIOUS, PLAINTIFF SUFFERED A VERY DEEP WOUND. SEE EXHIBIT "C" AND EXHIBIT "A" 1-9 PLAINTIFF WAS RUSHED TO THE INFIRMARY AND HOUSED IN MEDICAL 3-4 DAYS, SUFFERING OVER WHELMING PAIN AND FEAR.

30) ON APPROXIMATELY THE END OF AUGUST AND AFTER THE PLAINTIFF WAS DISCHARGED FROM MEDICAL, DEFENDANT BAXTER, DOUGLAS, AND LEE CALLED PLAINTIFF TO THE CAPTAIN'S OFFICE AND ROUGHED THE PLAINTIFF UP, TWISTING HIS LEFT ARM AND CHOKED HIM, YELLING

DIDN'T WE TELL YOU!! DEFENDANT BAXTER GRABBED THE PLAINTIFF BY THE NECK (WHO IS 140 lbs AND 5'6") AND THREW HIM ON THE GROUND, WHILE LEE PUSHED HIS FACE INTO THE GROUND AND PUNCHED HIM REPEATLY IN HIS SIDE, THE DOUGLAS PUT HIS KNEE AGAINST THE PLAINTIFF's FACE WHILE PLAINTIFF YELLED AND BEGGING PLEASE! PLEASE! PLEASE! STOP!! THEN BAXTER SNATCHED THE PLAINTIFF TO HIS FEET GRABBED HIS INJURED LEFT ARM, TWISTED BEHIND HIS BACK CAUSING SEVERE PAIN UNTIL PLAINTIFF BEGGED HIM IN TEARS TO PLEASE STOP!!! PLAINTIFF IS MENTALLY DISTURBED BECAUSE OF THIS AND SUFFERS NIGHTMARES, LOSS OF SLEEP AND SUFFER'S CONSTANT FEAR, AND HIS MENTAL HEALTH APPOINTMENT DATE SUPPORT THIS. SEE EXHIBITS "B" 1, 2, AND 3.

31) AROUND THE END OF AUGUST 2008, DURING THIS TIME, DEFENDANT TYSON ENTERED THE CAPTAIN'S OFFICE WITH A BLACK BAG, IN IT WAS A ROPE TIED IN A HANGMAN'S NOOSE, HE SPIT IN THE PLAINTIFF'S FACE CALLING HIM A "NIGGER," PULLING OUT THE ROPE FROM THE BLACK BAG, THREATING TO HANG HIM; ALSO, TAKING A BROOM STICK SAYING" HE WOULD STICK IT UP HIS ASS"!. THEY ALL SAID, IF THE PLAINTIFF TELLS THIS TO ANYBODY, HE WOULD DIE, AND WOULD STILL BE WORKING IN THE KITCHEN.

32) PLAINTIFF WAS EXTREMLY SCARED DUE TO THE FACT THAT DEFENDANT TYSON WAS UNDER INVESTIGATION FOR BREAKING AN INMATES LEG IN CONFINEMENT AND HE'S 260 lbs AND 6'5".

33) ON AUGUST 8, 2008 AND DECEMBER 1, 2008; PLAINTIFF WROTE CORPORAL STANLEY AND THE WARDEN AND TOLD THEM THAT THE PLAINTIFF CAN NOT WORK IN THE KITCHEN

11

BECAUSE OF THE INJURED LEFT SHOULDER AND THE PLAIN-
TIFF WROTE SEVERAL FORMAL GRIEVANCES AND HIS JOB
WAS CHANGED TO A HOUSEMAN.

34. APPROXIMATELY THE END OF AUGUST DEFENDANTS BAXTER,
LEE AND DOUGLAS APPROCHED THE PLAINTIFF AND THREATENED
HIM IF HE FILLED OUT ANYMORE GRIEVANCES THAT THEY
WOULD BEAT HIM TO DEATH AND "THEY PROMISED"
PLAINTIFF WAS SCARED FOR HIS LIFE AND DIDN'T FILE
ANY MORE GRIEVANCES OR MENTION THE ABUSE TO CORP-
ORAL STANLEY AND THE WARDEN, BECAUSE "HE DID NOT
WANT TO DIE".

35) PLAINTIFF WAS REMOVED FROM KITCHEN AND REASSIGNED
TO JOB OF HOUSEMAN, ON DECEMBER 13, 2008.

36) DURING THE EVENTS THAT OCCURED ALL TIMES MENTIONED
IN THIS COMPLAINT, THE SECURITY CAMERAS WERE RECORD-
ING AND WILLBE USED AS CONCRETE EVIDENCE IN THIS
ACTION, AND THE FOOTAGE OF THE STATE OF THE ART
CAMERA SYSTEM WILL SHOW DEFENDANT TYSON WALKING
ACROSS THE FACILITY TO THE CAPTAIN'S OFFICE WITH A
BLACK BAG IN HIS HAND WHICH CONTAINED THE ROPE
TIED AS A NOOSE, ALSO IT WILL SHOW WHEN THE PLAIN-
TIFF SLIPPED AND BUSTED HIS HEAD OPEN IN THE KITCHEN,
PLAINTIFF'S REQUEST FOR VIDEO REVIEWS WERE UNAN-
SWERED. SEE EXHIBIT "C".

37) AS A DIRECT AND APPROXIMATE RESULT OF THE ACTS
AND OMISSIONS OF THE DEFENDANTS HERE IN DESCRIBED,
PLAINTIFF WAS CAUSED TO SUFFER PHYSICAL PAIN, PER-
MANENT SCAR, AGONY, BLOOD LOSS, FEAR, PHYSICAL ABUSE,
AND RETALIATION, AND HAD TO UNDER GO MEDICAL CARE
AND TREATMENT FOR HIS INJURIES AND HAS BEEN
DEPRIVED OF HIS FIRST (1ST) AND EIGHTH (8TH) AMENDMENTS

12

RIGHTS OF THE UNITED STATE CONSTITUTION WHICH ARE
HERE IN INVOKED UNDER THE PROVISIONS OF THE FEDERAL
COURT.
38) SEE ATTACHED EXHIBITS OF PETITIONERS REQUEST,
INFORMAL GRIEVANCES AND FORMAL GRIEVANCES IN
SUPPORT OF ALL THE ABUSE CLAIMS.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated.
Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not
related to the same basic incident or issue, they must be addressed in a separate civil rights
complaint.**

FIRST CAUSE OF ACTION

OFFICIAL WANTON AND WILLFUL DISREGARD § 768.28 (1)(9)(a),
FL. STAT. THE "WANTON AND WILLFULL DISREGARD OF EACH
DEFENDANT IN THEIR OFFICIAL AND PERSONAL CAPACITY, AS
DESCRIBED HERE IN WAS BAD FAITH CONDUCT THAT RESULTED
IN INJURY AND DAMAGES IN VIOLATION OF FLORIDA
STATUTE | CONSTITUTION and the Eighth Amendment of the United
States Constitution which protects petitioner from cruel and
unusual punishment.  (see attached pages)

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

PLAINTIFF CLAIMS JUDGEMENT AGAINST EACH DEFENDANT
JOINTLY AND SEVERALLY FOR VIOLATION OF HIS EIGHTH (8ᵗʰ) AND (1ˢᵗ) FIRST
AMEND. RIGHTS: COMPENSATORY DAMAGES - $10,000,000; PUNITIVE
DAMAGES - $5,000,000; THAT CRIMINAL CHARGES BE BROUGHT AS PLAINTIFF
WOULD LIKE TO PRESS CHARGES.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT,
INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

 1~6-11
(Date)

Dwight Porter
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 2 — 6ᵗʰ day of _____, 20____.

Dwight Porter
(Signature of Plaintiff)

Revised 03/07

☞ 14

## Second Cause of Action

THE DELIBERATE INDIFFERENCE OF DEFENDANT DURANCE HERE IN DESCRIBED, VIOLATED THE PLAINTIFF'S EIGHTH (8th) AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT STATING A CAUSE OF ACTION FOR RELIEF AND LIABILITY.

## Third Cause of Action

THE "RECKLESS AND CALLOUS DISREGARD" OF DEFENDANT SIMMONS DESCRIBED CONSTITUTED "DELIBERATE INDIFFERANCE" THAT RESULTED IN THE UNNESSARY AND WANTON AFFLICTION OF PAIN IN VIOLATION OF THE PLAINTIFF'S EIGHTH (8th) AMENDMENT RIGHT STATING A CAUSE OF ACTION FOR RELIEF AND LIABILITY.

## Fourth Cause of Action

THE INDIVIDUAL RETALITORY ACTIONS OF EACH NAMED DEFENDANT: BAXTER, DOUGLAS, LEE, AND TYSON DEPRIVED THE PLAINTIFF OF HIS RIGHT TO PETITION THE GOVERNMENT FOR THE REDRESS OF GRIEVANCES IN VIOLATION OF HIS FIRST (1st) AMENDMENT RIGHT STATING A CAUSE OF ACTION FOR RELIEF AND LIABILITY.

## Fifth Cause of Action

THE EXCESSIVE USE OF FORCE OF DEFENDANTS: DOUGLAS, BAXTER, LEE, AND TYSON AS HEREIN DESCRIBED VIOLATED THE PLAINTIFF'S EIGHTH (8th) AMENDMENT RIGHT, AND WAS MALICIOUS, SADISTICALLY, GRATUITOUS AND

15

AND EXCESSIVE TO CAUSE HARM WHICH CONSTITUTE
THE "UNNECESSARY AND WANTON INFLICTION OF PAIN"
VIOLATEVE OF CRUEL AND UNUSUAL PUNISHMENT
CLAUSE STATING A CAUSE OF ACTION FOR RELIEF AN
LIABILITY.

## SIXTH CAUSE OF ACTION

THE DELIBERATE MALICIOUS INDIFFERENCE AND WANTON
AND WILLFUL DISREGARD OF EACH NAMED FLORIDA
DEPARTMENT OF CORRECTIONS EMPLOYEE/SUBORDINATE
INCUR A JOINT PARTICIPATION IN THE WRONGFUL ACTS
TO RATIFY ADOPT, AND ENCOURAGE AS A PARTICIPANT
IN WRONG DOING THROUGH THE DELEGATION OF ITS
POWER AS HEREIN DESCRIBED, VIOLATED THE PLAINTIFF'S
EIGHTH (8th) AMENDMENT RIGHT OF THE UNITED STATES
CONSTITUTION OF AMERICA, STATING A CAUSE OF ACTION
FOR RELIEF AND LIABILITY AND MONETARY DAMAGES,
FOR CRUEL AND UNUSUAL PUNISHMENT WHICH VIOLATED
PETITIONERS FIFTH (5th), EIGHTH (8th), AND FOURTEENTH
(14th) AMENDMENT RIGHTS TO THE UNITED STATES CON-
STITUTION. PETITIONER ASSERTS CRUEL AND UNUSUAL
PUNISHMENT WHERE DEFENDANTS CHOKED HIM, PUNCHED
HIM, SPIT ON HIM, CALLED HIM NIGGER, SHOWED HIM
HANGMAN'S NOOSE THREATENING TO HANG HIM, THREATEN
TO STICK BROOM STICK UP HIS ASS, AND TOLD PETITIONER
HE WOULD DIE IF HE TOLD THIS TO ANYBODY. PETITIONER NOW
RELIES ON THOMAS-V-STALTER, 20 F.3d. 298, 302 (7th CIR 1994)
"EXCESSIVE FORCE USED WHEN OFFICER HIT INMATE IN
MOUTH WITH CLENCHED FIST WHILE INMATE HELD IMMOBI-
LIZED BY AT LEAST NINE (9) OTHER OFFICERS". ALSO SEE
HUDSON-V-McMILLIAN, 692 F.2d. 522, 523 (5th CIR 1992):
AND SIMS-V-ARTUZ, 230 F.3d. 14, 18 (2ND CIR. 2000)

16

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

_Exhibit "A" - 1_

Mail Number: _____
Team Number: _____
Institution: _____

**(Instructions on Back)**

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name D wight Porter | DC Number 746 | Quarters A406L | Job Assignment Kitchen | Date 8-3-08 |
|---|---|---|---|---|---|

**REQUEST**   INFORMAL GRIEVANCE!

This is in reference to the medical Departments Negligence in not preventing my Return to food Service with a Sling on my left Arm. As a result I slipped And fell causing more damage to my left Arm As well as my back and head. This should have never happened. PLEASE Remedy

_Dwight Porter 746366_

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RECEIVED AUG 05 2008

**RESPONSE**                    DATE RECEIVED: _____

8/6/08 @ 1145 - You were brought to medical to discuss your injuries — you had an arm sling from march08 - short term use only + to return to medical if not better. You never came back to medical until your incident in kitchen - medical not negligent -

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 8/6/08 |
|---|---|

DENISE PAYNE RN/HSA
GRACEVILLE C.F.

Distribution:    White  -Returned to Inmate      Pink  -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate            informal grievance then forward to be placed in inmate's file.
DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

*Exhibit H*

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Dwight Porter | 746366 | A106L | Kitchen | 8-3-08 |

**REQUEST** INFORMAL GRIEVANCE:

This is in REFERENCE to the Food SERVICE DEPARTMENT's Negligence. I WAS placed in Food SERVICE and WAS injured. I went to medical And they gAVE ME A Sling For My left shoulder. INSTEAD of Food SERVICE disAllowing my work, Food SERVICE Forced me to work And thereFore I FELL And re-injured my left shoulder AS well As my back And head. This should not hAVE been. PlENSE REMEDY.

Dwight Porter 746366

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

See Attached previous response dated 8/1/08

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): _____ AWS | Date: 8/6/08 |

Distribution:    White    -Returned to Inmate        Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.
DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

Exhibit H-3

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☑ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Dwight Porter | DC Number<br>746366 | Quarters<br>A106L | Job Assignment<br>Kitchen | Date<br>8-3-08 |
|---|---|---|---|---|---|

**REQUEST** INFORMAL GREVANCE: This is in reference
to the CLASS. fication department placing me in
Food service After knowing I was unable to
PeRform work detail with A Sling on my LEFT
Arm. AS A result I slipped And fell cAusing
more dAmage to my left Arm AS well As back
And head injuries. PlEAse remedy

Dwight Porter 746366

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                                    DATE RECEIVED: 8/11/08

Inmate Porter,

Provide me with a copy of your medical
instructions and you will be pulled out of food
service based on those instructions.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____          Date: 8/18/08

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate               informal grievance then forward to be placed in inmate's file.
DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

*Exhibit H-4*

## INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other *MR. STANLEY* |
|---|---|---|---|---|

| FROM: | Inmate Name<br>*Dwight Porter* | DC Number<br>*746366* | Quarters<br>*A4-101L* | Job Assignment<br>*Food Sve* | Date<br>*08-08-08* |
|---|---|---|---|---|---|

### REQUEST

AT Approximately 11:30 A.m on August 06, 2008
I was summoned to the Medical department And
questioned about the Informal Grievance I wrote
concerning medical Negligence. I was continually
harrassed about said matter, This should NEVER have
happened, Please remedy.

Dwight Porter 746366

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

─────── **DO NOT WRITE BELOW THIS LINE** ───────

### RESPONSE

DATE RECEIVED: *8.11.08*

Inmate Porter —

Who questioned you? - Who harassed you?

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) *John Harley, Contract Monitor* | Date: *8.12.08* |
|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary   -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

*Exhibit A — 5*

GRACEVILLE CORRECTIONAL FACIL.

# INMATE REQUEST

**(Instructions on Back)**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Dwight PORTER | DC Number 746-366 | Quarters A4 104L | Job Assignment NONE | Date Nov, 14, 2008 |
|---|---|---|---|---|---|

## REQUEST

Medical Negligence : MEDICAL Took me OUT OFF THE KitcHen. Now They Are Trying To Put Me Back IN There

Issues Are That I'm InJured and Would Like To HAVE SomeTHING Done on my Behalf

Please Respond! THANK you

Dwight PorTer.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**RECEIVED NOV 18 2008**

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

BY: ----------------------

The Kitchen as well as Classification has been Notified & that You are not to work in the Kitchen

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | V. Carter, LPN Graceville CF | Date: 11/20/08 |
|---|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

GRACEVILLE CORRECTIONAL FACILITY

*Exhibit "A"-6*

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

Imediate Response

TO:
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical Records
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
| | Dwight Porter | 746306 | A4 106 L | None | 11/14/08 |

**REQUEST**

Would Like To Recieve Copy Of Medical Records For my Injuries For Lawyer. Because he's requested Them. And Also For The Asst Warden Ask For Them. I need Them. Thank You!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RECEIVED

**RESPONSE**

DATE RECEIVED   NOV 17 2008

BY: ................

11-18-08

Watch for your name on the medical records call out.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-106, F.A.C.]

Official (Signature): *Bruner*    G. Bruner, HIS    Date: 11-18-08
Graceville CF

Distribution:
White    -Returned to Inmate
Canary   -Returned to Inmate
Pink     -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file

DC6-256 (Revised 8-00)

*Exhibit "A"-7*

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Dwight Porter | DC Number B746366 | Quarters A1 T066 | Job Assignment | Date 12/1/2008 |
|---|---|---|---|---|---|

**REQUEST**

I Have A Problem. They Wont Take
Care Of it. Im' filing a law
Suit. I was Injured In The Kitchen
I need help. There Trying To Put me
Back in The Kitchen. Im Still
inJureD. I Thught Medical Over Rides
This. PleASE Help.  *Dwight Porter*

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED

RECEIVED DEC 0 2 2008

You have been removed from the
Kitchen as of 9/4/08 & The Kitchen + Classification
have been informed

BY: _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): *V. Carter* | V. Carter, LPN Graceville CF | Date: 12/3/08 |
|---|---|---|

Distribution:   White   -Returned to Inmate     Pink   -Retained by official responding, or if the response is to an
Canary   -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019. F.A.C.

Exhibit "A" - 8

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number:
Team Number:
Institution:

*(Instructions on Back)*

Mr Stanley

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Dwight Porter | 374e3/00 | A1104 | | 1/2/1/2008 |

**REQUEST**

Please Help I'm Injured From The Kitchen, I Can't Work They Tuk Me Out Off The Kitchen I Can't Work Please Have Them Stop Harassing Me.

Dwight Porter

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                    DATE RECEIVED: 12.2.08

Inmate Porter —

Who (give me a name) is harassing you? I suggest that you visit the "fence" on Thursday and speak with someone.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) John Stanley, Contract Monitor | Date: 12.3.08 |
|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate              informal grievance then forward to be placed in inmate's file.
DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE CLASSIFICATION TEAM PROGRAM CARD
## Graceville Correctional Facility

| NAME: Porter, Dwight | DC#: 746366 |
|---|---|
| BUNK: A4106L | CUSTODY: Medium |
| IM: | HO: / | MED: | PSYCH: |

## INMATE PROGRAM ASSIGNMENT

☐ **ASSIGNMENT**                    ☒ **REASSIGNMENT**

X  JOB              AM/(PM:)    FROM: Food Service
                                TO: Houseman

X  EDUCATION        (AM)/PM:    FROM: _____
                                TO: ABE / Watson / AM 2

_____ Requested by Work Supervisor/Program
_____ Exceptional Institutional Need
_____ GATE PASS ELIGIBLE

**RETURN FROM:**

_____ CONFINEMENT              _____ OUTSIDE COURT

**TEAM RECOMMENDATION/COMMENTS:**

☐  Requires direct supervision/ sight and sound supervision due to custody

☒  Not to leave confines of compound.

☐  Not to leave perimeter area of institution due to nature of offense or prior offense.

**OTHER COMMENTS/WORK RESTRICTIONS:** 7 6 mos FS

## INSTITUTIONAL CLASSIFICATION TEAM

☒ APPROVED                       ☐ DISAPPROVED

_____                  _____
ICT Member                       Correctional Officer Chief/Designee

_____                  12/30/2016
ICT Chairman                     Date

ICT Signatures    Data Entry    Supervisor Copy (To/From)

Updated 11/11/2008

Exhibit "B" - 1

FLORIDA DEPARTMENT OF CORRECTIONS

PASS FOR APPOINTMENT - CALL OUT (INSIDE INSTITUTION)

APPOINTMENT DATE: 08/16/10
APPOINTMENT TIME: 01:30 P.M.

PATIENT NAME: PORTER, DWIGHT J.        DOC NUMBER: 746366

CURRENT STATUS: A ACTIVE

WORK ASSIGNMENT: HOUSEMAN

FACILITY LOCATION: 58020 K.C.I.

HOUSING QUARTERS: C2126S

SEND TO: MENTAL HEALTH CLINIC

REQUESTED BY:

PATIENT SIGNATURE: _____

DELIVERING OFFICER: _____

*** TO BE COMPLETED BY OFFICIAL AT LOCATION ***

DEPARTED: _____  TIME: _____  INITIALS: _____

ARRIVED DESTINATION: _____  TIME: _____  INITIALS: _____

DEPARTED DESTINATION: _____  TIME: _____  INITIALS: _____

RETURNED TO: _____  TIME: _____  INITIALS: _____

N O T E : FAILURE TO COMPLY WITH THIS CALL OUT CONSTITUTES
DISOBEYANCE OF AN ORDER AND MAY RESULT IN DISCIPLINARY
ACTION AGAINST YOU.

COPY : (INMATE)
COPY : (OFFICER)

Exhibit B - 2

FLORIDA   DEPARTMENT   OF   CORRECTIONS
CALL OUT
PASS   FOR   APPOINTMENT   (INSIDE   INSTITUTION)

APPOINTMENT DATE: 08/30/10
APPOINTMENT TIME: 09:00 A.M.

PATIENT NAME:           PORTER, DWIGHT J.          DOC NUMBER: 746366

CURRENT STATUS:         A ACTIVE

WORK ASSIGNMENT:        HOUSEMAN

FACILITY LOCATION:      580POLK C.I.

HOUSING QUARTERS:       C2126S

SEND TO:                MENTAL HEALTH CLINIC

REQUESTED BY:

PATIENT SIGNATURE: _____

DELIVERING OFFICER: _____

                    *** TO BE COMPLETED BY OFFICIAL AT LOCATION ***

DEPARTED: _____ TIME: _____ INITIALS: _____

ARRIVED DESTINATION: _____ TIME: _____ INITIALS: _____

DEPARTED DESTINATION: _____ TIME: _____ INITIALS: _____

RETURNED TO: _____ TIME: _____ INITIALS: _____

N O T E : FAILURE TO COMPLY WITH THIS CALL OUT CONSTITUTES
DISOBEYANCE OF AN ORDER AND MAY RESULT IN DISCIPLINARY
ACTION AGAINST YOU.

C O P Y :  1  (INMATE)
C O P Y :  2  (OFFICER)

Exhibit "B" - 3.

FLORIDA DEPARTMENT OF CORRECTIONS

PASS FOR APPOINTMENT CALL OUT (INSIDE INSTITUTION)

APPOINTMENT DATE: 09/23/10
APPOINTMENT TIME: 09:00 A.M.

PATIENT NAME:            PORTER, DWIGHT J       DOC NUMBER: 746366

CURRENT STATUS:         A ACTIVE

WORK ASSIGNMENT:        INFORMATIO

FACILITY LOCATION:      580POLK C.I.

HOUSING QUARTERS:       C2126S

SEND TO:                MENTAL HEALTH CLINIC

REQUESTED BY:

PATIENT SIGNATURE:      _____

DELIVERING OFFICER:     _____

*** TO BE COMPLETED BY OFFICIAL AT LOCATION ***

DEPARTED:               _____  TIME: _____  INITIALS: ____

ARRIVED DESTINATION:    _____  TIME: _____  INITIALS: ____

DEPARTED DESTINATION:   _____  TIME: _____  INITIALS: ____

RETURNED TO:            _____  TIME: _____  INITIALS: ____

N O T E : FAILURE TO COMPLY WITH THIS CALL OUT CONSTITUTES
          DISOBEYANCE OF AN ORDER AND MAY RESULT IN DISCIPLINARY
          ACTION AGAINST YOU.

C O P Y : 1  (INMATE)
C O P Y : 2  (OFFICER)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

**(Instructions on Back)**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | 7116344 | A-4-106 | FT Tk | 8-10-08 |

**REQUEST** Informal Grievance          Check here if this is an informal grievance ☑

I FELL IN THE KITCHEN AND bUST OPEN MY HEAD IT
WAS bLEEDING VERY bADLY. I Told C/o Simmons
THAT I WAS HURTiNG ANd decLAREd A MEdicAL
EMERGENCY HE FoRCEd ME To WoRK. REVIEW THE
VidEo CAMERA. The EvidENCE oN THE TAPE Will
VERify EVERy Thing. PLEASE LooK AT ANd HELP
ME !!!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

---

# RESPONSE

DATE RECEIVED: _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

'5-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.



RECEIVED

LEGAL WORK

Dwight Porter #B746366
Polk C.I. MAIN C2144
10800 Evans Rd
Polk City, FC 33868

Mailed From A
State Correctional
Institution

Priority Mail
ComBasPrice

UNITED STATES POSTAL
$05.08°