IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DWIGHT J. PORTER,**

    **Plaintiff,**

vs.                                         **CASE NO. 5:10-cv-206/RS-GRJ**

**COLONEL BAXTER, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 52). Defendants Colonel Baxter, Captain Lee, and Assistant Warden Dudley filed objections. (*See* Doc. 53). I have considered those objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants Simmons and Durance's Motion to Dismiss (Doc. 40) is **GRANTED**.

3. Defendant Lee's Motion to Dismiss (Doc. 40) is **DENIED**.

4. Defendant Tyus' Motion to Dismiss (Doc. 48) is **GRANTED**.

5. Defendant Baxter's Motion to Dismiss (Doc. 48) is **DENIED**.

6. Defendants Simmons, Durrance and Tyus are **DROPPED** as parties to this case because of Plaintiff's failure to exhaust administrative remedies.

7. The case remains open pending further proceedings against Defendants Lee, Dudley, and Baxter.

**ORDERED** on March 2, 2012.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**