IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DWIGHT J. PORTER,**

    **Plaintiff,**

vs.                                   **CASE NO. 5:10-cv-206/RS-GRJ**

**COLONEL BAXTER, et al.,**

    **Defendants.**

_____ /

## **AMENDED ORDER**[1]

Before me is the Magistrate Judge's Report and Recommendation (Doc. 52). Defendants Colonel Baxter, Captain Lee, and Assistant Warden Dudley filed objections. (*See* Doc. 53). I have considered those objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants Simmons and Durance's Motion to Dismiss (Doc. 40) is **GRANTED**.

3. Defendant Lee's Motion to Dismiss (Doc. 40) is **DENIED**.

4. Defendant Dudley's Motion to Dismiss (Doc. 44) is **DENIED**.

5. Defendant Tyus' Motion to Dismiss (Doc. 48) is **GRANTED**.

6. Defendant Baxter's Motion to Dismiss (Doc. 48) is **DENIED**.

---

[1] Amended to reflect the inclusion of number four above. The remaining items are renumbered.

7. Defendants Simmons, Durrance and Tyus are **DROPPED** as parties to this case because of Plaintiff's failure to exhaust administrative remedies.

8. The case remains open pending further proceedings against Defendants Lee, Dudley, and Baxter.

**ORDERED** on March 8, 2012.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**