7498/ph

IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

Case No. 5:10-CV-00206-RS-GRJ

DWIGHT J. PORTER,

    Plaintiff,

vs.

COLONEL BAXTER; CAPTAIN LEE;
OFFICER SIMMONS; PAMELA
DURANCE; ASSISTANT WARDEN
DUDLEY; CAPTAIN TYUS; WALTER
MCNEIL; SECRETARY DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## DEFENDANT'S COLONEL BAXTER, ASSISTANT WARDEN DUDLEY, AND CAPTAIN LEE STATUS REPORT

    The Defendants, COLONEL BAXTER ("BAXTER"), ASSISTANT WARDEN DUDLEY ("DUDLEY") and CAPTAIN LEE ("LEE"), by and through undersigned counsel and pursuant to this Court's Order dated February 11, 2013 (Doc. # 66) file the following status report:

    1.    On February 11, 2013, this Court issued its Order directing the parties to advise the Court as to whether any additional discovery was required during the second brief discovery which was set aside in order to complete discovery for trial preparation. (Doc. # 66).

    2.    Defendants BAXTER, DUDLEY and LEE do not require any additional

discovery.

3. Defendants BAXTER, DUDLEY and LEE, therefore request that the Court set this matter for trial.

By **s/Donald A. Chinquina**
Donald A. Chinquina, Esquire
Florida Bar No. 574384
Dchinquina@wmrfla.com
Brett M. Waronicki, Esquire
FBN: 817511
Bwaronicki@wmrfla.com
Attorneys for Defendants, Baxter, Lee & Dudley
WIEDERHOLD, MOSES, KUMMERLEN
& WARONICKI, P.A.
560 Village Blvd., Suite 240
West Palm Beach, Florida 33409
561-615-6775; Fax: 561-615-7225

I HEREBY CERTIFY that on this 4th day of March, 2013, I electronically filed the foregoing with the Clerk of the Northern District Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: Dwight J. Porter, DC #B-746366, Calhoun Correctional Institution, 19562 SE Institution Drive, Blountstown, FL 32424.

By **s/Donald A. Chinquina**
Donald A. Chinquina, Esquire
Florida Bar No. 574384
Dchinquina@wmrfla.com
Brett M. Waronicki, Esquire
FBN: 817511
Bwaronicki@wmrfla.com
Attorneys for Defendants, Baxter, Lee & Dudley
WIEDERHOLD, MOSES, KUMMERLEN
& WARONICKI, P.A.
560 Village Blvd., Suite 240
West Palm Beach, Florida 33409
561-615-6775; Fax: 561-615-7225
Dchinquina@wmrfla.com