IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWIGHT J. PORTER,

    Plaintiff,

v.                              Case No.: 5:10-cv-206-RS-GRJ

COLONEL BAXTER, et al.,

    Defendants.
_____/

## O R D E R

Plaintiff, a prisoner at Calhoun Correctional Institution, filed a third amended complaint against six defendants under 42 U.S.C. § 1983. (Doc. 25.) The Court dismissed the claims against three defendants, Doc. 57, but the Plaintiff's claims against Defendants Lee, Dudley, and Baxter remain pending. On February 11, 2013, the Court directed Defendants to submit a status report stating whether any additional discovery was required prior to trial, in light of the fact that no motion for summary judgment had been filed. (Doc. 66.) The Court directed Defendants to advise the Court if no additional discovery was required, so that the matter could be set for trial. Defendants have submitted the required status report, and state that they do not require any additional discovery.

Accordingly, it is **ORDERED:**

1. The Clerk is directed to refer this matter to District Judge Richard Smoak for scheduling of trial in accordance with the Court's schedule.

**DONE AND ORDERED** this 5th day of March 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge